UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:08-CR-42 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| EDWARD CHAPMAN, IV ) | |
| ) | |

**ORDER**

Before the Court is the motion to suppress filed by Defendant Edward Chapman, IV (Court File No. 12). Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the Court referred the motion to United States Magistrate Judge Susan K. Lee (Court File No. 13), who conducted an evidentiary hearing and filed a report and recommendation (Court File No. 24). Defendant objected (Court File No. 25). After a review of the record, for the reasons stated in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Court File No. 24). Thus, the motion to suppress is **DENIED** (Court File No. 12).

    **SO ORDERED.**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**